1

2

3

4              UNITED STATES DISTRICT COURT

5             NORTHERN DISTRICT OF CALIFORNIA

6

7    HARJINDER SINGH BRAICH,                    Case No.  14-cv-04221-RS
                 Plaintiff,
8
          v.                                    **CASE MANAGEMENT SCHEDULING**
9                                               **ORDER**
     PHH MORTGAGE CORPORATION,
10
                 Defendant.
11
_____

12          Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case

13   Management Conference on December 18, 2014.  After considering the Joint Case Management

14   Statement submitted by the parties and consulting with the attorneys of record for the parties and

15   good cause appearing, IT IS HEREBY ORDERED THAT:

16          1.      ALTERNATIVE DISPUTE RESOLUTION.

17          MEDIATION:  The parties are hereby REFERRED to the court's ADR department for the

18   purpose of engaging in mediation to take place, ideally, within the next 180 days.

19          2.      DISCOVERY.

20          On or before June 1, 2015 all non-expert discovery shall be completed by the parties.

21   Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-

22   five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of

23   requests for production of documents or for inspection per party; and (d) a reasonable number of

24   requests for admission per party.

25          3.      DISCOVERY DISPUTES.

26          Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and

27   conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.

28   Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under

United States District Court
Northern District of California

the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4.    EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

a.   On or before June 17, 2015, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

b.   On or before June 24, 2015, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

c.   On or before July 15, 2015 all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

5.    PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court.  All pretrial motions shall be heard no later than August 20, 2015.

6.    PRETRIAL CONFERENCE.

The final pretrial conference will be held on **September 3, 2015 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

7.    TRIAL DATE.

A jury trial shall commence on **Monday, September 21, 2015 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

1    Dated:  December 18, 2014

2    _____

3    RICHARD SEEBORG
     United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California