DAVID M. STERNBERG (SBN 96107)
ROBERT A. MILLER (SBN 208616)
JACOB M. BARLEV (SBN 235439)
DAVID M. STERNBERG & ASSOCIATES
Attorneys at Law
540 Lennon Lane
Walnut Creek, CA 94598
Telephone: (925) 946-1400
Facsimile: (925) 932-6986

Attorneys for Plaintiff
HARJINDER SINGH BRAICH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| HARJINDER SINGH BRAICH,<br><br>            Plaintiff,<br><br>    v.<br><br>PHH MORTGAGE CORPORATION, a New Jersey corporation doing business in California, and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 30, inclusive,<br><br>            Defendants.<br>_____/ | Case No. 3:14-cv-04221-DMR<br><br>**ORDER ON STIPULATION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Removed from the Superior Court for the State of California in and for the County of Alameda Case No. RG 14715378<br><br>Removal Filed:              09/18/14<br>State Court Action Filed:   02/26/14 |

**ORDER**

Based on the Stipulation to Dismiss First Amended Complaint entered into by and between Plaintiff HARJINDER SINGH BRAICH ("Plaintiff") and Defendant PHH MORTGAGE CORPORATION ("PHH Mortgage")(the "Stipulation") and for good cause shown:

IT IS HEREBY ORDERED THAT:

    1.    The Stipulation is Approved

///

2. The First Amended Complaint is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own attorneys' fees and costs.

3. The Court shall retain jurisdiction over all matters relating to the interpretation, administration, implementation, effectuation and enforcement of this Order.

***END OF ORDER***

Dated: April 16, 2015

Richard Seeborg
UNITED STATES DISTRICT JUDGE